DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
KIMBERLY JOHNSON

Chapter 13
Case No. 05-3-0890 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $614.01 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 028 | CLERK OF THE COURT FOR<br>U S DEPARTMENT OF EDUCATION<br>P O BOX 4169<br>RICHMOND, VA 23225 | $614.01 |

Dated: January 12, 2010

_____
CECILIA MARCELO
Receipts Administrator